**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1026**

---

ZIA RAZZAQ,

Plaintiff - Appellant,

versus

OLD DOMINION UNIVERSITY; ERNEST J. CROSS, JR.;
WILLIAM A. DREWRY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-98-529-2)

---

Submitted:  June 17, 1999          Decided:  June 24, 1999

---

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Zia Razzaq, Appellant Pro Se.  Guy Winston Horsley, Jr., Assistant Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Zia Razzaq appeals the district court's order granting summary judgment in favor of the Defendants in this civil rights action alleging employment discrimination and retaliation. <u>See</u> 42 U.S.C. § 2000e-2 (1994); <u>see also</u> 42 U.S.C. §§ 1981 & 1983 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Razzaq v. Old Dominion University</u>, No. CA-98-529-2 (E.D. Va. Nov. 30, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on November 25, 1998, the district court's records show that it was entered on the docket sheet on November 30, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the oder was entered on the docket sheet that we take as the effective date of the district court's decision. <u>See</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).